COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause Number: | 01-19-00011-CV |
| Trial Court Cause Number: | 2018-46488 |
| Style: | Richard Andert Robins |
| | v. Commission for Lawyer Discipline *d/b/a* Texas Bar *a/k/a* State Bar of Texas |
| Date motion filed*: | June 27, 2019 |
| Type of motion: | Motion to File Amended Brief |
| Party filing motion: | Appellant |
| Document to be filed: | Amended Brief |

Is appeal accelerated? ☒ YES ☐ NO

Ordered that motion is:

☒ Granted

      If document is to be filed, document due: _____

      ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: <u>Evelyn V. Keyes</u>
              ☒ Acting individually    ☐ Acting for the Court

Date: <u>September 10, 2019</u>